FILED
CLERK, U.S. DISTRICT COURT

2/07/24

CENTRAL DISTRICT OF CALIFORNIA
BY: ___EB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

March 2023 Grand Jury

| UNITED STATES OF AMERICA, | SA CR No. 8:24-cr-00014-CJC |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. § 841(a)(1), (b)(1)(A)(vi): Possession with Intent to Distribute Fentanyl] |
| MIGUEL ALEJANDRO LOPEZ, | |
| Defendant. | |

The Grand Jury charges:

[21 U.S.C. § 841(a)(1), (b)(1)(A)(vi)]

On or about January 18, 2024, in Orange County, within the Central District of California, defendant MIGUEL ALEJANDRO LOPEZ knowingly and intentionally possessed with intent to distribute at

//
//
//
//
//
//
//

1  least 400 grams, that is, approximately 16,548 grams, of a mixture or
2  substance containing a detectable amount of N-phenyl-N-[1-(2-
3  phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II
4  narcotic drug controlled substance.

                                              A TRUE BILL

                                              /s/
                                              Foreperson

E. MARTIN ESTRADA
United States Attorney

*[signature]*

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

BRADLEY E. MARRETT
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

KRISTIN N. SPENCER
Assistant United States Attorney
Santa Ana Branch Office